**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Sean CRAWFORD, Defendant–Appellant.**

**No. 05–13965**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

March 9, 2006.

Gerald B. Williams, Albany, GA, for Sean Crawford.

Dean S. Daskal, Columbus, GA, for United States of America.

Before ANDERSON, BIRCH and BARKETT, Circuit Judges.

PER CURIAM:

Gerald B. Williams, appointed appellate counsel for Sean Crawford, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Crawford's convictions and sentences are **AFFIRMED**. In addition, Crawford's motion for substitution of appointed counsel is **DENIED**.